GARY M. RESTAINO
United States Attorney
District of Arizona
MICHELLE CHAMBLEE
Assistant U.S. Attorney
Arizona State Bar No. 023900
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michelle.chamblee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-CR-00084-RM |
|---|---|
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Thomas Earl Little II, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum for the sentencing hearing currently set for April 20, 2022, before the Honorable Rosemary Marquez. The Government respectfully requests a sentence to 30 months of imprisonment, followed by 36 months of supervised release.

The defendant, Thomas Earl Little II, pleaded guilty to Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, in violation of 8 U.S.C. §§ 1324 (a)(1)(A)(v)(I), 1324 (a)(1)(A)(ii), and 1324 (a)(1)(B)(i). The Government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculation prepared and included therein, and requests that this Court accept the plea agreement.

The Government concurs with the calculations in the PSR and respectfully requests a sentence of 30 months imprisonment, followed by a consecutive term of 36 months of supervised release. This sentence satisfies the 18 USC § 3553(a) factors, including: taken into consideration the nature, circumstances, and seriousness of the offense, avoiding unwarranted disparities between similarly situated defendants, deterring future illegal activity, and protecting the public from the defendant.

The Court should consider the nature, the circumstances, and the seriousness of the instant offense. On January 23, 2022, the defendant was a passenger in a vehicle that was pulled over for a traffic violation. PSR at ¶ 5. Ultimately, agents located two individuals concealed under a blanket in the backseat, and two were in the trunk. *Id*. at ¶ 6. The two individuals located in the trunk, told agents they would not have known how to get out of the trunk, had there been an emergency. *Id*. One of the individuals reported that, while she was in the trunk, she was scared. *Id*. Transporting the individuals in the trunk and unrestrained in the backseat, placed all the material witnesses in potentially dangerous situations, had they been in an accident or had another emergency where they could not exit the trunk.

Additionally, this sentence would deter future illegal activity, promote respect for the law and protect the public from the defendant. The defendant has a lengthy criminal history, to include convictions for Grand Larceny, Robbery, Attempted Robbery, Possession of a Controlled Substance with Intent to Sell, and Promoting Prison Contraband (weapon). *Id*. at ¶ 23-32. The PSR indicates that the 2015 conviction for Robbery and Attempted Robbery was an incident where the defendant, along with two other individuals pulled a knife on a victim and stole his cell phone. *Id.* at ¶ 27. Moreover, the defendant was on community supervision for only 8 months when he committed the current offense. *Id*. The Government would also note that while the defendant was serving his term of imprisonment for his 2015 conviction, he committed the offense of Promoting Prison Contraband. Given this information, the defendant has demonstrated that he has no respect for the law, that he is a danger to the community, and that his prior incarcerations have not deterred him from engaging in illegal activity.

For the reasons discussed above, the Government requests a sentence of 30 months of imprisonment, followed by 36 months of supervised release.

Respectfully submitted this 15th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Michelle Chamblee*

MICHELLE CHAMBLEE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 15th day of April, 2022, to:

All ECF Participants

- 3 -